# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ANTHONY D. WHITE**                                                                                          **PETITIONER**

**VS.**                              **CASE NO. 5:10CV00070 JMM**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                              **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied.

IT IS SO ORDERED this 28th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE